# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| **In Re**: Maxine Johnson Edmond | Chapter 13 |
| | Case No. 19-42456 |
| Debtor(s) | Judge: Thomas J. Tucker |
| _____/ | |

## ORDER CONFIRMING PLAN

      The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

      Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

      IT IS FURTHER ORDERED that the claim of **Ardelean & Dunne, PLLC**, Attorneys for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,500.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: **$3,310.00** shall be paid by the Trustee as an administrative expense of this case.

      IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

      All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

      IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

☑

| APPROVED: | OBJECTIONS WITHDRAWN: | APPROVED: |
|---|---|---|
| */s/ Tammy L. Terry* | */s/* | */s/ Brian P. Dunne P-71177* |
| Tammy L. Terry | Attorneys for Creditor | Brian P. Dunne P-71177 |
| CHAPTER 13 TRUSTEE | | **Ardelean & Dunne, PLLC** |
| 535 Griswold, Suite 2100 | | Attorneys for Debtor(s) |
| Detroit, MI 48226 | | 29777 Telegraph Road, Suite 1630 |
| | | Southfield, MI 48034 |
| | | Phone: (248) 557-7488 |
| | | Email: edmi@arddun.com |

**Signed on July 18, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge